**Electronically Filed
Supreme Court
SCWC-18-0000844
03-MAY-2023
08:54 AM
Dkt. 22 OGAC**

SCWC-18-0000844

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JK, Respondent/Plaintiff-Appellee,

vs.

DK, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000844; FC-D NO. 16-1-0408)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge DeWeese in place of Nakayama, J., recused,
and Circuit Judge Watanabe in place of Wilson, J., recused)

Petitioner/Defendant-Appellant DK's application for writ of certiorari filed on March 6, 2023, is accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, May 3, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Wendy M. DeWeese

/s/ Kathleen N.A. Watanabe